In the Matter of TOWN OF NORTH HEMPSTEAD, Appellant-Respondent, v COUNTY OF NASSAU, Respondent-Appellant.

Submitted April 7, 2014; decided May 1, 2014

In the Matter of TOWN OF NORTH HEMPSTEAD, Appellant-Respondent, v COUNTY OF NASSAU, Respondent-Appellant.

Submitted April 21, 2014; decided May 1, 2014

Motion by City of Long Beach for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

TOWN OF OYSTER BAY, Appellant, v LIZZA INDUSTRIES, INC., Respondent. (And Nine Other Actions.)

Submitted February 18, 2014; decided May 1, 2014

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 22 NY3d 1024 (2013)].

ANA VEGA, Respondent, v 103 THAYER STREET, LLC, Defendant, and CITY OF NEW YORK, Appellant.

Submitted February 24, 2014; decided May 1, 2014

Motion to vacate this Court's November 27, 2013 order of preclusion granted.